UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:21-CR-00106-DCLC |
| vs. | ) | |
| AMBER RENEE WOOD, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendations ("R&R") of the United States Magistrate Judge dated April 27, 2022 [Doc. 41]. The magistrate judge recommends that the government's motion to review and revoke Defendant's conditions of release [Doc. 9] be **GRANTED** and that Defendant be detained pending trial in this matter.

The government moved the Court to review and overturn a release order [Doc. 7-11] entered in the Central District of California "to reasonably assure the appearance of the defendant and for the safety of any other person and the community as provided in 18 U.S.C. § 3142." [Doc. 9, pg. 1]. Defendant filed a response in opposition [Doc. 19], and on April 18, 2022, Defendant appeared before the magistrate judge for arraignment in the Eastern District of Tennessee and for a hearing on the government's motion [Doc. 30]. Defendant did not file any objections to the R&R.[1]

---

[1] *See* Fed. R. Crim. P. 59(b)(2) ("Within 14 days after being served with a copy of the recommended disposition . . . a party may [file] specific written objections to the proposed findings and recommendations . . . . Failure to object in accordance with this rule waives a party's right to review."); *U.S. v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981) ("[A] party shall file objections [to an R&R] with the district court or else waive right to appeal.").

After a thorough review of the R&R, the Court finds that it properly analyzes the issues raised by the government in its motion. Accordingly, for the reasons set forth in the R&R, which is incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 41] is **ADOPTED** and **APPROVED**, and that the government's motion for review and revocation of release order [Doc. 9] is **GRANTED**. The previous order setting conditions of release in the Central District of California on March 1, 2022 is hereby **REVOKED**. Defendant shall remain in custody of the United States Marshal pending the resolution of this case.

SO ORDERED:

s/Clifton L. Corker  
United States District Judge